THACKER v. CITY OF WINSTON-SALEM

No. 178P97

Case below: 125 N.C.App. 671

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

TRAILMOBILE, INC. v. WILSON TRAILER SALES & SERVICE

No. 112PA97

Case below: 125 N.C.App. 617

Plaintiffs' petition for writ of mandamus, petition for prohibition, notice of appeal (constitutional question), and petition for discretionary review under G.S. 7A-31 are consolidated and disposed of as follows: The case is remanded to the Court of Appeals 5 June 1997 for reconsideration of the following sentence contained in the court's *per curium* opinion entered in the case: "In our discretion, we vacate all other remaining orders previously entered in this case."

VAN EVERY v. McGUIRE

No. 159PA97

Case below: 125 N.C.App. 578

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.

VIRGINIA MUT. INS. CO. v. NEWCOMB

No. 210P97

Case below: 125 N.C.App. 617

Petition by defendant (Kimberly Amburn) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

WALL v. NORTH HILLS PROPERTIES, INC.

No. 141P97

Case below: 125 N.C.App. 357

Petition by defendants (North Hills and Aetna Life) for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.